STATE OF NEW JERSEY v. CLARENCE TOLBERT.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS MOSES.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DELROY GRANT.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT STIPPICK.

July 12, 1984.

Petition for certification denied.